Case 4:02-cr-40081-CW   Document 694   Filed 02/02/11   Page 1 of 3

DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant **Keith W. Griffen**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 02-40081-CW (WDB) |
| Plaintiff, | ) | |
| v. | ) | |
| MIRZA ALI, | ) | |
| a/k/a Zulfiger Eqbal, | ) | **STIPULATION AND ORDER THEREON** |
| a/k/a Henry Stone, | ) | |
| SAMEENA ALI, | ) | |
| a/k/a Sameena Eqbal, | ) | |
| a/k/a Sameena Ikbal, | ) | |
| KEITH GRIFFEN, and | ) | |
| WILLIAM GLUSHENKO, | ) | |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties that this Court should recommend, in the amended judgment and commitment order being prepared pursuant to the Court's January 27, 2011, order, that defendant Keith Griffen serve his sentence at the Federal Prison Camp at FCI Sheridan located in Sheridan, Oregon.

**IT IS FURTHER STIPULATED** that Mr. Griffen's position is as follows:

On January 27, 2011 this Court ordered Mr. Keith Griffen to

surrender to federal custody on March 10, 2011.  Following Mr. Griffen's request, this Court also recommended that the Bureau of Prisons designate Mr. Griffen to serve his sentence at a Federal Prison Camp.

Mr. Griffen is now requesting that this Court further recommend that he be designated for the Federal Prison Camp located at FCI Sheridan in Oregon where he and his family currently reside.

Counsel's associate, Jason T. Campbell, Esq., contacted Assistant United States Attorney Stephen G. Corrigan, Esq., who stated that he had no objection to this Court's recommending Mr. Griffen for designation at FCI Sheridan.

**IT IS SO STIPULATED.**

Dated: February 1, 2011          **BAY AREA CRIMINAL LAWYERS, PC**

                                 By: /s/David J. Cohen
                                     DAVID J. COHEN, ESQ.
                                     Attorneys for Defendant
                                     **Keith W. Griffen**

Dated: February 1, 2011          By: /s/Keith W. Griffen
                                     KEITH W. GRIFFEN
                                     **Defendant**

Dated: February 1, 2011          By: /s/Stephen G. Corrigan
                                     STEPHEN G. CORRIGAN, ESQ.
                                     **Assistant United States Attorney**

**IT IS SO ORDERED.**

Dated: <u>2/2/2011</u>

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE