# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearings is Attached)*

| | |
|---|---|
| **Name of Offender**<br>Keith William Griffen | **Docket Number**<br>CR 02-40081-003 CW |

**Name of Sentencing Judge:** The Honorable Claudia Wilken
United States District Judge

**Date of Original Sentence:** October 24, 2007

**Original Offense**
Count 1: Conspiracy to Commit Mail and Wire Fraud, 18 U.S.C. § 371, a Class D felony
Counts 2-5: Mail Fraud and Aiding and Abetting, 18 U.S.C. § 1341 and 2, a Class B felony
Counts 6-9: Wire Fraud and Aiding and Abetting, 18 U.S.C. § 1343 and 2, a Class B felony

**Original Sentence:** Thirty-three (33) months custody and three (3) years supervised release on each count to run concurrent.
**Special Conditions:** special assessment $900.00; restitution $20,000.00; access to any financial information; participate in a mental health treatment program; not be employed in any capacity in which he incorporate any business without approval; search; not have any contact with any co-defendant namely Mirza Ali, Sameena Ali, and William Glushenko; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; cooperate in the collection of DNA.

| | |
|---|---|
| **Type of Supervision**<br>Supervised Release | **Date Supervision Commenced**<br>Pending Release from Custody |
| **Assistant U.S. Attorney**<br>Stephen G. Corrigan | **Defense Counsel**<br>David J. Cohen (Appointed) |

### Petitioning the Court

To modify the conditions of probation as follows:

The offender is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer;

The offender's employment shall be subject to approval by the probation officer;

NDC-SUPV-FORM 12A 02/26/10

RE: Keith William Griffen                                                                                2
CR 02-40081-003 CW

> The offender shall maintain a single checking account and/or savings account in his name and make use of this account for payment of all personal expenses. All other accounts must be disclosed to the probation officer.

## Cause

The offender remains incarcerated at FCC Lompoc while serving the remaining term of his custody sentence in the instant offense. The offender is currently applying to relocate to the District of Oregon, where he plans to reside upon his release from custody.

## Action Taken and Reason

The District of Oregon has requested the above modification of conditions to assist the probation officer in supervising the offender in the community. Enclosed for the Court is a signed waiver by the offender in support of this action.

Respectfully submitted,                         Reviewed by:

_____                       _____
Wayne A. Mirikitani                             Amy Rizor
U.S. Probation Officer Assistant                Supervisory U.S. Probation Officer
Date Signed: May 17, 2012

---

THE COURT ORDERS:

☑ The offender is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer;

   The offender's employment shall be subject to approval by the probation officer;

   The offender shall maintain a single checking account and/or savings account in his name and make use of this account for payment of all personal expenses. All other accounts must be disclosed to the probation officer.
☐ Submit a request for a warrant
☐ Submit a request for summons
☐ Other:

___MAY 2 1 2012_____             _____
Date                                        The Honorable Claudia Wilken
                                            United States District Judge

NDC-SUPV-FORM 12A 02/26/10

NDC-PROB 49 02/01/05

# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA

Defendant Name: Keith William Griffen
Docket No.: CR-02-40081-003 CW

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term Of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The offender is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer;

The offender's employment shall be subject to approval by the probation officer;

The offender shall maintain a single checking account and/or savings account in his name and make use of this account for payment of all personal expenses. All other accounts must be disclosed to the probation officer.

☐ *continued on next page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this declaration was executed on the date indicated at FCC Lompoc

Signed: _____  Date: 5-14-12
Probationer or Supervised Releasee

Witness: McGel, Case Manager  Date: 5-14-12